981 F.2d 1246
 Caputo (Vincent J.)
v.
Bruno (Gloria, Edward, Dana), Cioffi (Steven), Rolly (John),
Baldanza (Mauro V.), Arban (Kevin A.), Hendley (T.), Sutton
(Harild W.), John Doe's, Byrnes (James W.), Manzo (Thomas),
Walluch (Robert), Vinezia (Robert), Trimboli (Lisa); Caputo
(Vincent J.), Lawson (Lawrence), Stamelman (Laurece),
Wichmann (WIlliam), Kaye (John), Hazard (John), Arnold
(Joseph), Quelch (Patricia), John Doe's
 NO. 92-5035
 United States Court of Appeals,
Third Circuit.
 Nov 24, 1992
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.